UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

Charles L. Degen
Jacqueline M. Degen,
    Appellants

v.

James R. Wooten,
    Appellee

Civil No. WMN-00-868

### ORDER EXTENDING BRIEFING SCHEDULE

Upon consideration of the Appellants' Motion to Extend Briefing Schedule, and upon Appellants' representation that Appellee does not oppose this motion, it is, this 13th day of April, 2000,

ORDERED, that the deadline for filing Appellants' Initial Brief shall be extended until June 12, 2000, and the deadline for all further briefs shall remain as set forth in Bankruptcy Rule 8009.

_____
UNITED STATES DISTRICT JUDGE

cc:     James R. Wooten, Esquire
606 Baltimore Avenue
Suite 202
Towson, MD 21204

Barry R. Lenk, Esquire
6830 Elm Street
McLean, VA 22101