UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| Charles L. Degen<br>Jacqueline M. Degen,<br>　　　　Appellants<br>v.<br><br>James R. Wooton, Trustee<br>　　　　Appellee | :<br>:<br>:<br>:<br>: Civil No. WMN-00-868<br>:<br>:<br>: |

**CONSENT ORDER EXTENDING BRIEFING SCHEDULE**

Upon consideration of the Joint Motion to Further Extend Briefing Schedule, and it appearing that all parties consent to the relief proposed herein, it is, this __12th__ day of __June__, 2000,

ORDERED, that the deadline for filing Appellants' Initial Brief shall be extended until August 11, 2000, and the deadline for all further briefs shall remain as set forth in Bankruptcy Rule 8009.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


cc:　　James R. Wooton, Trustee
　　　　606 Baltimore Avenue
　　　　Suite 202
　　　　Towson, MD 21204

　　　　Barry R. Lenk, Esquire
　　　　6830 Elm Street
　　　　McLean, VA 22101